FILED

NOV **0 8** 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ BC _____ DEP CLK



## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

No. 7:21-mj-1270-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| SUSAN MARIE RICHARDS | ) | |

The United States Attorney charges that:

On or about October 27, 2021, in the Eastern District of North Carolina, at

Marine Corps Base, Camp Lejeune, the Defendant, SUSAN MARIE RICHARDS, did

knowingly, willfully, and unlawfully steal and purloin the goods and property of the

United States, such property having a value of less than $1,000.00, in violation of

Title 18, United States Code, Section 641.

G. NORMAN ACKER, III
Acting United States Attorney

By: _____

MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division